Affidavit     **05 - 11253 RCL**

I solemnly affirm that the foregoing is a true and accurate summation of the matters material to instituting this action. I further affirm that I do not have the resources to pay for the filing fees related to this filing, or for other necessary expenses.

Signed under penalties of perjury

06-11-2005

Jamie Edelkind - pro-se.

To be filed with complaint