AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

United States District Court  District of Massachusetts

Jamie Edelkind

Plaintiff

V.

US. Marshal Service et al

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05 11253 - RCL

I, Jamie Edelkind _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☒ Yes       ☐ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?       ☐ Yes       ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Apostel

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes       ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes       ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes       ☒ No
   d. Disability or workers compensation payments         ☐ Yes       ☒ No
   e. Gifts or inheritances                                ☐ Yes       ☒ No
   f. Any other sources                                    ☐ Yes       ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Linda Edelkind - Wife
   Sage Edelkind - Son
   Lucas Edelkind - Son         } Ø at this time due to
   Alexander Edelkind - Son     } in concentration.
   Amelia Edelkind - Daughter

I declare under penalty of perjury that the above information is true and correct.

07-28-2005
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                                      ESSEX
        =================================================================
                              Resident Account Summary
                           Wednesday, July 27, 2005  @12:24
        =================================================================
For Booking ID: 0649164     EDELKIND, JAMIE
-----------------------------------------------------------------------------
    Date    Transaction Description         Amount    Balance    Owed    Held    Reference
-----------------------------------------------------------------------------
07/27/2005 EPR          OID:100076265-ComisaryPur   -41.25    31.85    0.00    0.00
07/21/2005 EPR          OID:100075918-ComisaryPur   -48.15    73.10    0.00    0.00
07/14/2005 EPR          OID:100075254-ComisaryPur   -61.80   121.25    0.00    0.00
07/09/2005 ERF          OID:100074386-ComisaryRef     2.75   183.05    0.00    0.00
07/07/2005 EPR          OID:100074386-ComisaryPur   -59.55   180.30    0.00    0.00
07/02/2005 ERF          OID:100073290-ComisaryRef    61.45   239.85    0.00    0.00
06/23/2005 EPR          OID:100073290-ComisaryPur   -61.45   178.40    0.00    0.00
06/11/2005 ERF          OID:100072238-ComisaryRef     8.00   239.85    0.00    0.00
06/10/2005 <MED PROCES  FEDERAL INMATE                0.00   231.85    0.00    0.00
06/10/2005 MED PROCESS  FEDERAL INMATE                0.00   231.85    0.00    0.00
06/09/2005 EPR          OID:100072238-ComisaryPur   -46.85   231.85    0.00    0.00
06/02/2005 ERF          OID:100069761-ComisaryRef     4.00   278.70    0.00    0.00
06/02/2005 EPR          OID:100071574-ComisaryPur   -41.20   274.70    0.00    0.00
05/28/2005 ERF          OID:100070776-ComisaryRef     3.80   315.90    0.00    0.00
05/25/2005 EPR          OID:100070776-ComisaryPur   -28.85   312.10    0.00    0.00
05/19/2005 EPR          OID:100070264-ComisaryPur   -36.50   340.95    0.00    0.00
05/12/2005 EPR          OID:100069761-ComisaryPur   -53.02   377.45    0.00    0.00
05/09/2005 ADD CASH DR  CNT 08-328445379            250.00   430.47    0.00    0.00
05/05/2005 EPR          OID:100069143-ComisaryPur   -32.25   180.47    0.00    0.00
04/28/2005 EPR          OID:100068335-ComisaryPur   -31.75   212.72    0.00    0.00
04/21/2005 EPR          OID:100067764-ComisaryPur   -59.80   244.47    0.00    0.00
04/16/2005 ERF          OID:100067312-ComisaryRef     6.15   304.27    0.00    0.00
04/14/2005 EPR          OID:100067312-ComisaryPur   -79.33   298.12    0.00    0.00
04/05/2005 <MED PROCES  VOID-Payment for MED PROC    30.00   377.45    0.00    0.00
04/05/2005 MED PROCESS  VOID-MP                     -30.00   347.45  -30.00    0.00
04/02/2005 ERF          OID:100066044-ComisaryRef     2.30   347.45    0.00    0.00
03/31/2005 EPR          OID:100066044-ComisaryPur   -24.85   345.15    0.00    0.00
03/24/2005 <MED PROCES  Payment for MED PROCESS F   -30.00   370.00    0.00    0.00
03/24/2005 ADD MO DRW7  CNT-08075028648             400.00   400.00   30.00    0.00
03/23/2005 MED PROCESS  MP                           30.00     0.00   30.00    0.00
```