02-06-06

Jamie Edelkind
c/o LPCC 2537
Lafayette, La 70502

Clerk of U.S. D.C.
Civil - Division
1 Courthouse Way
Boston, MA 02210

Dear Clerk,

Please update my address as follows:

Jamie Edelkind 05-11367
c/o LPCC.
P.O.B 2537
Lafayette, La 70502    05-11253 RCL

I remain incarcerated, and without access to any law library. Also, I have been consistently denied any access to the courts.

Please send me a copy of all the pleadings, answers and orders in my pending civil rights action. Since all my legal papers are in storage, at the insistence of the U.S. marshall service, I have no ready reference as to my evidence or the complaint I have submitted.

Further, if any correspondence is anticipated, please send all items in duplicate.

Thank-you - [signature]