05CV11253RCL

4-18-2006

U.S.D.C.
1 Courthouse Way
Boston, MA. 02210

FILED
CLERKS OFFICE

2006 APR 24  P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Jamie Edelkind v.s. Essex County Correctional Center

Dear Clerk,

Please update my address as to all pending matters. Also, please send me an updated docket entry sheet for this and any other pending issues I am either a plaintiff or Defendant.

My current address is:

Jamie Edelkind
c/o SMPCC
437 West Mills Ave
Breaux Bridge, La. 70517

I have been unable to contact you previously due to being relocated by the U.S.M.

Thank you