UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMIE EDELKIND
        Plaintiff

V.

U.S. MARSHAL SERVICE, ET AL
        Defendant

CIVIL ACTION

NO.05-11253-RCL

## ORDER OF DISMISSAL

LINDSAY, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on February 28, 2006, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

June 22, 2006