U.S. District Court
District of Massachusetts

| | |
|---|---|
| Jamie Edelkind | Civil Action |
| v. | 05-11253-RCL |
| U.S. Marshal Service et al | Motion to reinstate |

FILED
K CLERKS OFFICE
2006 JUL 13 P 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS

### Defendants Motion To Reinstate

Now into Court comes plaintiff, Jamie Edelkind, and moves this court to reinstate the above styled action.

Plaintiff is an incarcerated individual in custody of the U.S. Marshal Service. Periodically, and without notice, he is moved from facility to facility. Upon relocation, plaintiff has notified this Court as to his current whereabouts. Plaintiff has repeatedly requested docket and current orders, to little avail.

On July 5, 2006, plaintiff received an order by Judge Lindsay, dismissing this action for failure to issue summons as ordered on February 28, 2006. However, plaintiff never received such order or any docket entry reflecting such order. As late as April 24, 2006 and twice afterwards, plaintiff notified this court as to his current mailing address, and requested any pending orders.

This notification, to plaintiffs current address, dismissing his action, is the only and sole response.

Plaintiff requests the court reconsider it's dismissal and reinstate the long awaited action. The plaintiff is willing to vigorously prosecute this action and notes that the responsibility for the delay rests exclusively with the clerks office, and or perhaps

the U.S. mail Notwithstanding, the plaintiff, has no access to any telephone as he is indigent and relies on the U.S. Mail for any and all communication.

In the interests of justice, and judicial economy the plaintiff makes this timely request. Failure to grant this request would only engender a restart of the process with the accompanying delays and costs.

Submitted Pro-se 7/6/2006
Jamie Edelkind
c/o SMPCC
437 West Mills Ave
Breaux Bridge, La 70517