11-9-2007

Clerk of Court
U.S. District Court
1 Courthouse Way #2300
Boston, Ma. 02110

FILED
IN CLERKS OFFICE

2007 NOV 20  A 10 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk,

I have several matters at this court, I have recently experienced an issue with Bishop (exactly)

    Jamie Edelkind - 11886-035
    Legal Mail - Open in
    Presence of Inmate - PS5265
    F.C.I. 1000
    Loretto Pa. 15940

The cases are 1, Edelkind v. Thornburgh (pro se is hard)
    2, Edelkind v. [illegible]
    3, [illegible] v. Edelkind
    4, Edelkind v. U.S. District Court

[illegible paragraph]

Please inform the clerks for #'s "1", "2", and "3" above. My legal mail was sent to [illegible].

If any thing has been sent [illegible] general thru [illegible]

Sincerely, [signature]